```
                                          Aaron Dollison 14571-006
                                          P.O. Box 1000
                                          Sandstone, MN. 55072-1000
United States Courthouse
c/o Clerk of Court
222 West 7th Ave.
Anchorage, AK. 99513
```



APR 04 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Aaron Dollison           )
(Defendant)              )
                         )   Defendant's motion for appointment
                         )   of counsel
    v.                   )
                         )
                         )
United States of America )      3:02-cr-00121-JWS
                         )

    NOW COMES the Defendant Aaron Dollison who is requesting counsel for representation on a 18 USC 3582(c) concerning United States Sentencing Commission amendment 711 which notes the retroactive resentencing for cases involving cocaine base.

                                    Respectfully submitted,

                                    *Aaron K. Dollison*
                                    Aaron Dollison

enc. Financial Affidavit

COMMITTED NAME: Aaron Dollison
REG. NO. & QTRS.: 14571-006  K2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

9951347504

United States Courthouse
c/o Clerk of Court
222 West 7th Ave
Anchorage, AK. 99513