

| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 14571006 | Current Institution: | Sandstone FCI |
| Inmate Name: | DOLLISON, AARON | Housing Unit: | SST-K-B |
| Report Date: | 03/27/2008 | Living Quarters: | K23-023U |
| Report Time: | 12:12:07 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7874 |
| PAC #: | 026079396 |
| FRP Participation Status: | Completed |
| Arrived From: | OXF |
| Transferred To: | |
| Account Creation Date: | 3/6/2003 |
| Local Account Activation Date: | 1/9/2008 3:29:30 AM |
| Sort Codes: | |
| Last Account Update: | 3/25/2008 11:53:21 AM |
| Account Status: | Active |
| Phone Balance: | $4.89 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $39.60 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $39.60 |
| National 6 Months Deposits: | $645.22 |
| National 6 Months Withdrawals: | $605.62 |
| National 6 Months Avg Daily Balance: | $73.22 |
| Local Max. Balance - Prev. 30 Days: | $169.40 |
| Average Balance - Prev. 30 Days: | $86.94 |

## Commissary History

### Purchases

Validation Period Purchases: $157.35
YTD Purchases: $333.15
Last Sales Date: 3/25/2008 11:53:21 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $149.40
Remaining Spending Limit: $140.60

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

## Deposits

| | |
|---|---|
| Inmate Reg #: | 14571006 |
| Inmate Name: | DOLLISON, AARON |
| Report Date: | 03/27/2008 |
| Report Time: | 12:15:09 PM |

| | |
|---|---|
| Current Institution: | Sandstone FCI |
| Housing Unit: | SST-K-B |
| Living Quarters: | K23-023U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/25/2008 11:53:21 AM | Sales | ($17.80) | 44 | | $39.60 |
| 3/24/2008 1:23:01 PM | Phone Withdrawal | ($10.00) | TFN0324 | | $57.40 |
| 3/20/2008 2:21:27 PM | Phone Withdrawal | ($10.00) | TFN0320 | | $67.40 |
| 3/14/2008 8:38:00 PM | Phone Withdrawal | ($10.00) | TFN0314 | | $77.40 |
| 3/11/2008 5:46:10 PM | Sales | ($62.00) | 61 | | $87.40 |
| 3/10/2008 8:06:41 PM | Phone Withdrawal | ($10.00) | TFN0310 | | $149.40 |
| 3/7/2008 2:17:10 PM | Phone Withdrawal | ($10.00) | TFN0307 | | $159.40 |
| 3/7/2008 5:29:28 AM | Lockbox - CD | $100.00 | 70103401 | | $169.40 |
| 3/6/2008 1:52:05 PM | Payroll - IPP | $31.12 | HIPP0208 | | $69.40 |
| 3/4/2008 9:26:39 PM | Phone Withdrawal | ($10.00) | TFN0304 | | $38.28 |
| 3/4/2008 5:28:56 PM | Sales | ($77.55) | 46 | | $48.28 |
| 3/4/2008 8:30:00 AM | Phone Withdrawal | ($10.00) | TFN0304 | | $125.83 |
| 2/29/2008 5:23:26 AM | Lockbox - CD | $100.00 | 70102901 | | $135.83 |
| 2/26/2008 11:37:16 AM | Sales | ($15.20) | 29 | | $35.83 |
| 2/23/2008 7:56:56 PM | Phone Withdrawal | ($10.00) | TFN0223 | | $51.03 |
| 2/22/2008 9:17:59 PM | Phone Withdrawal | ($10.00) | TFN0222 | | $61.03 |
| 2/20/2008 8:01:35 PM | Phone Withdrawal | ($5.00) | TFN0220 | | $71.03 |
| 2/20/2008 5:22:14 PM | Sales | ($50.30) | 78 | | $76.03 |
| 2/17/2008 5:17:25 AM | Lockbox - CD | $100.00 | 70102102 | | $126.33 |
| 2/14/2008 7:30:57 PM | Phone Withdrawal | ($10.00) | TFN0214 | | $26.33 |
| 2/9/2008 6:42:37 PM | Phone Withdrawal | ($10.00) | TFN0209 | | $36.33 |
| 2/7/2008 9:07:25 PM | Phone Withdrawal | ($10.00) | TFN0207 | | $46.33 |
| 2/5/2008 5:58:51 PM | Phone Withdrawal | ($10.00) | TFN0205 | | $56.33 |
| 2/5/2008 5:42:27 PM | Sales | ($28.35) | 41 | | $66.33 |
| 2/1/2008 8:20:04 PM | Phone Withdrawal | ($10.00) | TFN0201 | | $94.68 |
| 1/29/2008 5:28:46 PM | Sales | ($27.45) | 40 | | $104.68 |
| 1/26/2008 5:30:55 PM | Phone Withdrawal | ($10.00) | TFN0126 | | $132.13 |
| 1/23/2008 5:19:05 PM | Sales | ($38.30) | 88 | | $142.13 |
| 1/21/2008 4:43:14 PM | Phone Withdrawal | ($10.00) | TFN0121 | | $180.43 |
| 1/18/2008 7:25:25 PM | Phone Withdrawal | ($10.00) | TFN0118 | | $190.43 |
| 1/17/2008 5:23:07 AM | Lockbox - CD | $200.00 | 70199901 | | $200.43 |
| 1/12/2008 6:13:50 PM | Phone Withdrawal | ($10.00) | TFN0112 | | $0.43 |
| 1/11/2008 1:03:32 PM | Phone Withdrawal | ($10.00) | TFN0111 | | $10.43 |
| 1/10/2008 5:50:15 PM | Phone Withdrawal | ($10.00) | TFN0110 | | $20.43 |
| 1/9/2008 10:15:18 PM | Phone Withdrawal | ($10.00) | TFN0109 | | $30.43 |
| 1/9/2008 7:09:53 PM | Phone Withdrawal | ($10.00) | TFN0109 | | $40.43 |
| 1/9/2008 6:50:04 PM | Sales | ($16.20) | 119 | | $50.43 |
| 1/9/2008 3:29:30 AM | Transfer - In from TRUFACS | $66.63 | TX010908 | | $66.63 |

1