IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON KENNETH DOLLISON,<br><br>    Defendant. | Case No. 3:02-cr-00121-JWS<br><br><u>ORDER REGARDING COUNSEL</u> |

On April 4, 2008, Aaron Dollison, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1] Mr. Dollison, however, did not file a completed financial affidavit with his request for

---

[1] *See* Docket No. 50; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

counsel.

IT IS THEREFORE ORDERED that:

1. Mr. Dollison's application for appointment of counsel, at docket number 50 is DENIED without prejudice.

2. The Clerk of Court shall send this Court's form USDCA 40, Application for Appointment of Counsel, a form CJA 23, Financial Affidavit, to Mr. Dollison with this Order, and Mr. Dollison will be permitted to file an amended application along with a fully completed financial affidavit.

DATED this 7th day of April, 2008, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge