| | |
|---|---|
| Aaron Kenneth Dollison | RECEIVED |
| Name | APR 18 2008 |
| Reg. No. 14571-006 | CLERK, U.S. DISTRICT COURT |
| Federal Correctional Institution | ANCHORAGE, ALASKA |
| Address | |
| P.O. Box 1000 | |
| Telephone Number | |
| Sandstone, MN. 55072 | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

United States of America,

**Plaintiff/Petitioner,**    CASE NO. 3:02-cr-00121-JWS

vs,

**MOTION FOR APPOINTMENT OF COUNSEL**

Aaron Kenneth Dollison,

**Defendant/Respondent.**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 4-14-08

*Aaron K. Dollison*
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

COMMITTED NAME: Aaron Dollison
REG. NO. & QTRS.: 14571-006 K-2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

United States District Court
District of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7th Ave. #4
Anchorage, Alaska 99513-7564