IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH AARON DOLLISON,<br><br>　　　　Defendant. | Case No. 3:02-cr-00121-JWS-1<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On April 18, 2008, Kennteh Aaron Dollison, representing himself, filed an amended motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

---

[1] *See* Docket Nos. 52-54; *see also* *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

IT IS THEREFORE ORDERED that:

1. The Clerk of Court shall confirm that the United States Attorney has received a copy of docket numbers 52-54, along with this Order.

2. Mr. Dollison's application to proceed without payment of fees, at docket number 54, is DENIED as moot,[2] but will be considered in support of his motion for appointment of counsel.

3. Mr. Dollison's application for appointment of counsel, at docket number 52, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Dollison in this case, for the purposes of filing a motion under section 3582(c).

4. Counsel for Mr. Dollison shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

5. The Government is permitted to file a response within sixty days from the time counsel for Mr. Dollison files the motion.

6. Counsel for Mr. Dollison may file a reply within thirty days of the filing of the response.

---

[2] If Mr. Dollison were "instituting" an action, he would be required to pay the Court's applicable filing fee. *See* 28 U.S.C. § 1914(a). In this case, he filed a motion in an existing case.

7.      A date for imposition of re-sentencing may be set at a later date, if necessary.

DATED this 21st day of April, 2008, at Anchorage, Alaska.


/s/JOHN W. SEDWICK<br>United States District Judge