T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:02-CR-121 JWS |
| ) | |
| Plaintiff, ) | **MOTION AND MEMORANDUM FOR** |
| ) | **WITHDRAWAL OF COUNSEL AND** |
| vs. ) | **APPOINTMENT OF SUBSTITUTE** |
| ) | **COUNSEL** |
| AARON KENNETH DOLLISON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW undersigned counsel and hereby moves for an order permitting his withdrawal from the appointed representation of Defendant in the above captioned case and authorizing the appointment of substitute CJA counsel. The undersigned has discovered a conflict involving a previous representation which prohibits his continued representation of Defendant.

RESPECTFULLY SUBMITTED this 12th day of May, 2008.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
Aaron Kenneth Dollison
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by e-mail to:

Frank Russo, Esq.

this 12th day of May, 2008.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL