T. BURKE WONNELL  
2600 Denali Street, Suite 460  
Anchorage, Alaska 99503  
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:02-CR-121 JWS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AARON KENNETH DOLLISON, | ) | |
| Defendant. | ) | |

It is hereby ordered that Defendant Dollison's Motion For Withdrawal Of Counsel And Appointment Of Substitute Counsel dated May 12, 2008 is **GRANTED**.  T. Burke Wonnell shall no longer appear as counsel of record for Defendant Dollison.  The Federal Defender's Office is directed to find substitute CJA counsel for Defendant Dollison.

_____      _____  
DATE                                          HON. JOHN W. SEDWICK