IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-CR-121 JWS |
| | ) | |
| Plaintiff, | ) | **ORDER RE: MOTION FOR** |
| | ) | **WITHDRAWAL OF COUNSEL AND** |
| vs. | ) | **APPOINTMENT OF SUBSTITUTE** |
| | ) | **COUNSEL** |
| AARON KENNETH DOLLISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that Defendant Dollison's Motion For Withdrawal Of Counsel And Appointment Of Substitute Counsel dated May 12, 2008 is **GRANTED**. T. Burke Wonnell shall no longer appear as counsel of record for Defendant Dollison. The Federal Defender's Office is directed to find substitute CJA counsel for Defendant Dollison.

DATED: 5/20/2008                         /s/ HON. JOHN W. SEDWICK
                                         UNITED STATES DISTRICT JUDGE