Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:02-cr-00121 (JWS) |
| ) | |
| AARON K. DOLLISON, ) | |
| ) | |
| Defendant. ) | ENTRY OF APPEARANCE |
| ) | |

  Pamela S. Sullivan of Wade, Kelly & Sullivan hereby enters her appearance on behalf of defendant Aaron K. Dollison, and requests all pleadings and other writings be made on her at Wade, Kelly & Sullivan, 745 W. 4th Avenue, Suite 425, Anchorage, Alaska 99501, Phone: (907) 561-7743.

  DATED this 23rd day of May, 2008 at Anchorage, Alaska.

         WADE, KELLY & SULLIVAN
         Attorneys for Defendant Aaron K. Dollison

  By /s/ Pamela S. Sullivan
     Pamela S. Sullivan ABA # 9711072
     745 W. 4TH Avenue Ste. 425
     Anchorage, AK 99501
     Office: (907) 561-7743
     Fax: (907) 562-8977
     Email: sullivan@ak.net

-2-

Certificate of Service:

The undersigned certifies that on the
23rd day of May, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan