Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:02-cr-00121 (JWS) |
| ) | |
| AARON K. DOLLISON, ) | |
| ) | **MOTION FOR EXTENSION OF TIME** |
| Defendant. ) | |
| ) | |

The undersigned moves the court for an extension of time to file defendant Aaron Dollison's re-sentencing motion under 28 USC §3582(c).

Counsel was appointed and entered her appearance on May 23, 2008. At the time of appointment, there existed an order at the Court's Docket 55 (#4) which gave the defendant 60 days from April 21, 2008 in which to file his resentencing memorandum. At the time the Order was issued, Mr. Dollison was representing himself, and subsequently was appointed counsel (Attorney Dattan) who withdrew from the case at the end of May. The undersigned was appointed shortly thereafter, and was unaware of this deadline until the Clerk's Office called on June 26, 2008.

Counsel is requesting an additional 30 days to file Mr. Dollison's Motion under 28 USC §3582(c).

-1-

DATED this 27TH day of June, 2008 at Anchorage, Alaska.

                               WADE, KELLY & SULLIVAN
                               Attorneys for Defendant Aaron K. Dollison

By     /s/ Pamela S. Sullivan
         Pamela S. Sullivan ABA # 9711072
         745 W. 4TH Avenue Ste. 425
         Anchorage, AK 99501
         Office: (907) 561-7743
         Fax:     (907) 562-8977
         Email: sullivan@ak.net

Certificate of Service:

The undersigned certifies that on the
27 day of June, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan

-2-