Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:02-cr-00121 (JWS) |
| ) | |
| AARON K. DOLLISON, ) | |
| ) | **SECOND MOTION FOR** |
| ) | **EXTENSION OF TIME** |
| Defendant. ) | |

The undersigned moves the court for a second extension of time of 14 days, or until August 11, 2008, to file defendant Aaron Dollison's re-sentencing motion pursuant to 28 USC §3582(c). As grounds for this motion, Counsel states that she is attempting to engage the United States Attorney's office in discussion regarding a negotiated sentence.

DATED this 28th day of July, 2008 at Anchorage, Alaska.

                WADE, KELLY & SULLIVAN
                Attorneys for Defendant Aaron K. Dollison

By   /s/ Pamela S. Sullivan
      Pamela S. Sullivan ABA # 9711072
      745 W. 4TH Avenue Ste. 425
      Anchorage, AK 99501
      Office: (907) 561-7743
      Fax:   (907) 562-8977
      Email: sullivan@ak.net

-2-

Certificate of Service:

The undersigned certifies that on the
28th day of June, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan