Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>AARON K. DOLLISON, )<br>)<br>)<br>Defendant. )<br>_____) | Case No. 3:02-cr-00121 (JWS)<br><br>**ORDER GRANTING<br>MOTION FOR SECOND EXTENSION OF<br>TIME** |

Having considered defendant's motion for an additional 14 days to file his re-sentencing motion, and all opposition thereto;

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's re-sentencing motion under 28 USC §3582(c) is now due on or before August 11, 2008.

DATED this ___ day of _____, 2008.

_____
John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

-2-

Certificate of Service:

The undersigned certifies that on the
28th day of June, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan