## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br> vs.  ) Case No. 3:02-cr-00121 (JWS) <br>  ) <br> AARON K. DOLLISON,  ) **ORDER GRANTING** <br>  ) **MOTION FOR SECOND EXTENSION** <br> Defendant.  ) **OF TIME** <br> _____) | |

Having considered defendant's motion for an additional 14 days to file his re-sentencing motion, and all opposition thereto;

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's re-sentencing motion under 28 USC §3582(c) is now due on or before August 11, 2008.

DATED this 4th day of August 2008.

                                                  /s/ John W. Sedwick  
                                   UNITED STATES DISTRICT COURT JUDGE

-2-

Certificate of Service:

The undersigned certifies that on the
_____day of June, 2008, a true and
Correct copy of the foregoing was served
Electronically on:


U.S. Attorney's Office

/s/Pamela S. Sullivan