Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                    Plaintiff,         )<br>vs.                                                       ) Case No. 3:02-cr-00121 (JWS)<br>                                                               )<br>AARON K. DOLLISON,              )<br>                                                               )<br>                    Defendant.     ) **MOTION FOR**<br>_____) **EXTENSION OF TIME** | |

Aaron Dollison, through his counsel, the law firm of Wade, Kelly & Sullivan, hereby respectfully requests an extension of time until September 8, 2008 to file Mr. Dollison's motion to reduce sentence pursuant to 28 USC §3582(c). As grounds for this motion, counsel states that defense counsel believes that this case can most likely be resolved through a joint resolution, stipulation and recommendation for sentence and is attempting to engage in discussion with the United States Attorney in that regard.

Mr. Dollison's present projected release date in this matter is December 11, 2021.

DATED this 8th day of August, 2008 at Anchorage, Alaska.

WADE, KELLY & SULLIVAN
Attorneys for Defendant Aaron K. Dollison

-2-

      By    /s/ Pamela S. Sullivan
              Pamela S. Sullivan ABA # 9711072
              745 W. 4TH Avenue Ste. 425
              Anchorage, AK 99501
              Office:  (907) 561-7743
              Fax:     (907) 562-8977
              Email: sullivan@ak.net

Certificate of Service:

The undersigned certifies that on the
11th day of August, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan