Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 3:02-cr-00121 (JWS) |
| AARON K. DOLLISON, | ) ORDER GRANTING THIRD MOTION FOR EXTENSION OF TIME |
| Defendant. | ) |

Having considered defendant's motion for an additional time to file his re-sentencing motion, and all opposition thereto;

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's re-sentencing motion under 28 USC §3582(c) is now due on or before September 8, 2008.

DATED this ___ day of _____, 2008.

_____
John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

Certificate of Service:

The undersigned certifies that on the
11th day of June, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan