Pamela S. Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743 / Office
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Aaron K. Dollison

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>AARON K. DOLLISON,<br><br>          Defendant. | )<br>)<br>)<br>)  Case No. 3:02-cr-00121 (JWS)<br>)<br>)<br>) **FOURTH MOTION FOR**<br>)**EXTENSION OF TIME**<br>)<br>) |

The undersigned moves the court for an extension of time of 30 days, or until October 8, 2008, to file defendant Aaron Dollison's re-sentencing motion pursuant to 28 USC §3582(c). As grounds for this motion, Counsel states that she is continuing in her efforts to engage the United States Attorney's office in discussions regarding a negotiated sentence.

Mt. Dollison's present projected release date in this matter is December 11, 2021.

DATED this 8th day of September, 2008 at Anchorage, Alaska.

          WADE, KELLY & SULLIVAN
          Attorneys for Defendant Aaron K. Dollison

By          /s/ Pamela S. Sullivan
          Pamela S. Sullivan ABA # 9711072
          745 W. 4TH Avenue Ste. 425
          Anchorage, AK 99501
          Office:  (907) 561-7743

-1-

Fax:    (907) 562-8977
Email: sullivan@ak.net

Certificate of Service:

The undersigned certifies that on the
8th day of September, 2008, a true and
Correct copy of the foregoing was served
Electronically on:

U.S. Attorney's Office

/s/Pamela S. Sullivan